RECEIVED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION, | : | |
| Plaintiff, | : | C.A. NO. 03-528L |
| vs. | : | |
| ARMAMENT SYSTEMS AND PROCEDURES, INC. and COVE CUTLERY, LTD., | : | |
| Defendants. | : | |

**STIPULATED ORDER OF DISMISSAL**

This matter comes before the Court upon the stipulation of Plaintiff and Defendant, Armament Systems and Procedures, Inc. ("ASP"). All claims against Defendant, Cove Cutlery, Ltd. were resolved pursuant to a Consent Permanent Injunction dated January 14, 2004 (the "Cove Injunction"). Plaintiff and Defendant ASP have entered into a settlement agreement and the Court has entered a Consent Permanent Injunction on July __, 2005 (the "ASP Injunction"). All remaining claims and counterclaims are hereby dismissed with prejudice, no interest, costs or fees. The Cove and ASP Injunctions shall survive the dismissal of this action.

ENTER: PER ORDER:

Ronald R. Lagueux

Sr. U.S. District Judge Ronald R. Lagueux

Dated: 7/15/05

Presented by:

EMISSIVE ENERGY CORPORATION
By its Attorneys

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Facsimile: (401) 455-0701

Dated: July 14, 2005

ARMAMENT SYSTEMS AND PROCEDURES, INC.
By its Attorneys

William R. Grimm, Esq. (#1938)
Brent Canning, Esq. (#5546)
HINCKLEY ALLEN SNYDER, LLP
1500 Fleet Center
Providence, Rhode Island 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

Dated: July 13, 2005