UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION, :
Plaintiff, :
: C.A. NO. 03-528L
vs. :
:
ARMAMENT SYSTEMS AND :
PROCEDURES, INC. and :
COVE CUTLERY, LTD., :
:
Defendants. :

**CONSENT PERMANENT INJUNCTION**

This cause having come before the Court upon the pleadings, and plaintiff, Emissive Energy Corporation ("Emissive"), and defendant, Armament Systems and Procedures, Inc. ("ASP"), having agreed on entry of this Consent Permanent Injunction (the "Consent Injunction"), it is hereby

**ORDERED, ADJUDGED AND DECREED**

1. This Court has jurisdiction over the subject matter of this litigation and over the parties hereto.

2. In accordance with Fed. R. Civ. P. 65(d), the provisions of this Consent Injunction shall be applicable to defendant ASP, and its agents, servants, employees and all persons in active concert or participation with it.

3. ASP, its officers, agents, servants, employees, attorneys, and all other persons acting in concert, participation, or privity with it is forthwith permanently restrained and enjoined from infringing United States Patent No. Des. 425,226 and United States Patent No. 6,523,973 and

from manufacturing, distributing, promoting, marketing and/or selling, directly or indirectly, the microlight sold by ASP as the Eclipse (the "Eclipse"), as more fully described and depicted in the Complaint in this action and its exhibits thereto. ASP shall immediately remove the Eclipse from all channels of trade, including its Internet web sites, with the sole exception of Eclipse flashlights that ASP sold to its distributors on or before May 1, 2004.

4. Jurisdiction is retained by this Court for the purpose of enabling Emissive or ASP to apply to this Court at any time for such further orders or direction as may be necessary or appropriate for the interpretation or implementation hereof, the amendment or modification hereof, the enforcement hereof, compliance herewith or the punishment of violations hereof.

ENTER:

Ronald R. Lagueux

Sr. U.S. District Judge Ronald R. Lagueux

Dated: 7/15/05

PER ORDER:

____________________________

Submitted and Agreed to:

EMISSIVE ENERGY CORPORATION
By its Attorneys

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 455-0700
Facsimile: (401) 455-0701

Dated: July 8, 2005

ARMAMENT SYSTEMS AND PROCEDURES, INC.

William R. Grimm, Esq. (#1938)
Brent Canning, Esq. (#5546)
HINCKLEY ALLEN SNYDER, LLP
1500 Fleet Center
Providence, Rhode Island 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

Dated: July 14, 2005